FEBRUARY 20, 1998

No. 97–826. AT&T CORP. ET AL. v. IOWA UTILITIES BOARD ET AL.; and AT&T CORP. ET AL. v. CALIFORNIA ET AL.;

No. 97–829. MCI TELECOMMUNICATIONS CORP. v. IOWA UTILITIES BOARD ET AL.; and MCI TELECOMMUNICATIONS CORP. v. CALIFORNIA ET AL.;

No. 97–830. ASSOCIATION FOR LOCAL TELECOMMUNICATIONS SERVICES ET AL. v. IOWA UTILITIES BOARD ET AL.;

No. 97–831. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. IOWA UTILITIES BOARD ET AL.; and FEDERAL COMMUNICATIONS COMMISSION ET AL. v. CALIFORNIA ET AL.;

No. 97–1075. AMERITECH CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1087. GTE MIDWEST INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1099. U S WEST, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 97–1141. SOUTHERN NEW ENGLAND TELEPHONE CO. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 8th Cir. [Certiorari granted, ante, p. 1089.] Motion of the Solicitor General for a consolidated briefing schedule granted in part and

denied in part. Petitioners may file briefs, not to exceed 50 pages, only on the questions presented in their petitions on or before April 3, 1998. Cross-petitioners/respondents may file briefs, not to exceed 75 pages, that both respond to petitioners and address the questions presented in the cross-petitions on or before May 18, 1998. Petitioners may file briefs, not to exceed 50 pages, that both reply on their issues and respond to cross-petitioners' issues on or before June 17, 1998. Cross-petitioners may file briefs, not to exceed 25 pages, that only reply to cross-respondents' briefs on or before July 17, 1998. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.